712 A.2d 756

**Judy STUBY, Petitioner,**

v.

**BLACK AND DECKER (U.S.), INC., Respondent.**

Supreme Court of Pennsylvania.

June 1, 1998.

## ORDER

PER CURIAM:

AND NOW, this 1st day of June, 1998, the Petition for Allowance of Appeal is **GRANTED**, the Order of the Superior Court is **REVERSED**, and the matter is **REMANDED** to the Court of Common Pleas of Allegheny County consistent with this Court's opinion in *Jacobs v. Halloran*, —— Pa. ——, 710 A.2d 1098 (1998) and *Marino v. Hackman*, —— Pa. ——, 710 A.2d 1108 (1998).